UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SERVANDO SANTANA LAGUNAS,<br><br>　　　　　　Defendant. | SA 08-058M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.　( ) On motion of the Government involving an alleged

　　1. ( )　crime of violence;

　　2. ( )　offense with maximum sentence of life imprisonment or death;

　　3. ( )　narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

　　4. ( )　felony - defendant convicted of two or more prior offenses described above.

B.　On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

　　1. (X)　serious risk defendant will flee;

　　2. ( )　serious risk defendant will

　　　　a. ( )　obstruct or attempt to obstruct justice;

　　　　b. ( )　threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                        II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )    appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5                                        III.

6    The Court has considered:

7    A. ( x) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                       IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16           **Defendant is undocumented.  He has no ties to the community and no bail**
17           **resources.**

19   C. ( ) A serious risk exists that defendant will:

20           1. ( )   obstruct  or  attempt  to  obstruct  justice;

21           2. ( )   threaten, injure or intimidate a witness/ juror; because:

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
24           provided in 18 U.S.C. § 3142 (e).

25   ///
26   ///
27   ///
28   ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8  Dated: February 20, 2008

              MARC L. GOLDMAN
              UNITED STATES MAGISTRATE JUDGE

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                       - 3 -                                  Page 3 of 3